IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                         1:10-CR-27-SPM/GRJ

CARLINE CENEUS, et al.,

    Defendants.

_____/

## ORDER

This cause is before the Court on the Motion for Production of Grand Jury Transcripts in Their Entirety (doc. 119) and the Court's Order on November 15, 2011 (doc. 166). In that Order, the Court reserved ruling on the production of the non-testimonial portions of the grand jury proceedings in this case until the Court had an opportunity to review them *in camera*. The Court having made such a review of the transcripts provided by the Government, has not identified any inappropriate comments or misstatements of the law regarding recruitment fees, as were believed to exist by Defense counsel. Accordingly, the request for non-testimonial portions of the grand jury proceedings is hereby **denied**.

**DONE AND ORDERED** this 14th day of December, 2011.

                                              *S/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Senior United States District Judge